UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,                    NOTICE OF APPEARANCE

       Plaintiff,                              Case Number:  07 MAG 1440

     -against-

JONATHAN MAULTASCH,

       Defendant(s).

-----------------------------------------------------------X

    **PLEASE TAKE NOTICE**, that the undersigned represents Defendant Jonathan Maultasch in the above-entitled action and requests that all papers in this action be served upon the undersigned at the office address stated below.

Dated: Garden City, New York
       September 4, 2007

                                                Yours, etc.,

                                                _____
                                                MELVYN K. ROTH, ESQ.
                                                (MR 3012)
                                                Attorney for Defendant
                                                666 Old Country Road, Suite 501
                                                Garden City, New York  11530
                                                516-683-8410

TO:
     Clerk of the Court

     Michael English, Esq.
     Assistant United States Attorney